UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: ___23-1137___ |
|---|---|---|
| V. | : | CRIMINAL ACTION |
| | : | ORDER OF RELEASE |
| Anthony Brown | : | |

    The Court orders the defendant, Anthony Brown, is ordered released on a personal recognizance bond with the following bail conditions:

    (1) Reporting, as directed, to U.S. Pretrial Services;

    (2) The defendant shall appear at all future court proceedings;

    (3) Other: _____

/s/ Anthony Brown
DEFENDANT

11/16/23
DATE

    It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

HONORABLE ELIZABETH A. PASCAL
U.S. MAGISTRATE JUDGE

11/17/2023
DATE